JOSEPH HUSSON, Appellant, *v.* ALBERT I. SIRE, Impleaded,
etc., Respondent.

*Husson* v. *Sire,* 78 Hun, 613, affirmed.
(Argued April 17, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an

order made May 14, 1894, which affirmed a judgment in favor of defendant dismissing the complaint entered upon a decision of the court on trial at Circuit.

*Benjamin F. Carpenter* for appellant.

*George Fielder* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.